JAMES L. LOPES (No. 63678)
GARY M. KAPLAN (No. 155530)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910
Email: gmkaplan@howardrice.com

Attorneys for FREDERICK S. WYLE,
LIQUIDATING TRUSTEE

**RECEIVED** NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED** NOV 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DWIGHT E. WININGER, et al., on Behalf of Himself and All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>SI MANAGEMENT L.P., a Limited Partnership, et al.,,<br><br>Defendant. | No. C-97-1622 CW<br><br>ORDER ON LIQUIDATING TRUSTEE'S APPLICATION TO MAKE FINAL DISTRIBUTION OF FUNDS TO PARTNERS, CLOSE ESTATE AND FOR RELATED RELIEF<br><br>[NO HEARING REQUESTED] |

The Court, having considered the Liquidating Trustee's Application To Make Final Distribution of Funds to Partners, Close Estate and For Related Relief (the "Application") submitted by Frederick S. Wyle, Liquidating Trustee (the "Liquidating Trustee") of Synthetic Industries, L.P. (the "Partnership") and the papers submitted in support thereof, any opposition submitted thereto, any reply to such opposition, the record in this case, and any other matters properly brought before the Court, the Court finds as follows:

A. Adequate notice of this proceeding was given to parties in interest.

B. There is good cause for granting the Application.

Based on the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Application is GRANTED.

2.  Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

3.  The Liquidating Trustee is authorized to make the Final Distribution to the partners of the Partnership in the estimated amount of $424,131, while reserving $296,000 to satisfy other obligations and contingencies of the estate, as set forth in the Application.

4.  After making the Final Distribution and taking steps necessary to close the Partnership estate, the Liquidating Trustee is authorized to donate any Residual Funds remaining to the Red Cross if the amount of Residual Funds is less than $60,000.

5.  The Liquidating Trustee is authorized to transfer any then remaining Partnership funds to non-interest bearing accounts by December 31, 2007 to avoid the expected costs of maintaining such funds in an interest-bearing account.

6.  The Trustee shall submit a final report to the Court summarizing the partner distributions and the costs of closing the Partnership estate, but no hearing shall be required with respect to such report.

7.  Upon completion of the foregoing payments and related tasks to close the Partnership estate, the Liquidating Trustee and his professionals and other agents shall be discharged from their duties, and relieved of any further obligations or liabilities with respect to this matter.

DATED: NOV 20 2007

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

W03 134110001/120/1429864/v2